UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01075-REB-MJW

LEZLI MORELAND,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER VACATING OCTOBER 26, 2006 SETTLEMENT CONFERENCE**
( Docket No. 32 )

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Vacate the Settlement Conference set for October 26, 2006. The Court, having reviewed the Motion and being fully advised in the premises therein,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Vacate the Settlement Conference is GRANTED. The Settlement Conference currently scheduled on October 26, 2006 at 1:30 p.m. is hereby VACATED. (*)

                              /s/ Michael J. Watanabe
                              United States District Judge

MJW 10-26-06

(*) The parties shall contact Magistrate Judge Watanabe's chambers within Ten (10) Days from The Date of This Order to reset the settlement conference.