**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01075-REB-MJW

LEZLI MORELAND,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Plaintiff's **Motion to Permit Filing of Motion Over Twenty Pages in Length** [#63], filed January 11, 2007, is **DENIED**, and **Plaintiff's Response to Defendant's Motion for Partial Summary Judgment** [#64], filed January 11, 2007, is **STRICKEN**.

Dated:  January 12, 2007
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.