# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01075-REB-MJW

LEZLI MORELAND,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER[1]

    Plaintiff's **Motion for Leave to File Amended Response to Defendant's Motion for Partial Summary Judgment Out of Time** [#66], filed January 12, 2007, is **GRANTED**, and **Plaintiff's Amended Response to Defendant's Motion for Partial Summary Judgment** [#67] is accepted for filing.

Dated:  January 16, 2007

----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.