IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv01075- REB-MJW

LEZLI MORELAND,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

**ORDER VACATING JANUARY 18, 2007 SETTLEMENT CONFERENCE**

(Docket No 72)

THIS MATTER is before the Court on the parties' Stipulated Motion to Vacate the Settlement Conference set for January 18, 2007. The Court, having reviewed the Motion and being fully advised in the premises therein,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Vacate the Settlement Conference is GRANTED. The Settlement Conference currently scheduled on January 18, 2007 at 1:30 p.m. is hereby VACATED.

United States District Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO