IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01075-REB-MJW

LEZLI MORELAND,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Leave to File Conventionally Submitted Materials as Exhibits to Defendant's Motion for Protective Order and Appointment of a Special Master (docket no. 40) is GRANTED. Defendant shall file, consistent with D.C.COLO.LCivR. 7.2 and 7.3, the videotapes of Mr. Welch's and Mr. Weitzel's depositions and the audiotape of Ms. Moreland's deposition with the court on **or before February 9, 2007.** Such videotapes and audiotape shall be sealed and not opened except by further Order of Court. In addition, Defendant shall hand-deliver, on **or before February 9, 2007**, to Magistrate Judge Watanabe's chambers, copies of the videotapes of Mr. Welch's and Mr. Weitzel's depositions and the audiotape of Ms. Moreland's deposition. This court will review these two videotapes and one audiotape, *in camera*, before this court will rule on Plaintiff's Combined Motion for Protective Order with Regard to the Depositions of Lezi Moreland and Everett Moreland, Motion for Appointment of Special Discovery Magistrate (docket no. 44).

Date: January 24, 2007