UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01075-REB-MJW

LEZLI MORELAND,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFF

( Docket No. 45 )

---

This matter is before the Court on Defendant's Combined Motion to Compel Discovery Responses from Plaintiff and Brief in Support. The Court having reviewed the Motion and any Response or Reply and being otherwise fully advised in the premises, hereby FINDS, CONCLUDES and ORDERS:

1.    Defendant's Motion to Compel Discovery is hereby GRANTED;

2.    All objections by Plaintiff to State Farm Mutual Automobile Insurance Company's First Set of Interrogatories and Requests for Production of Documents to Plaintiff are waived;

3.    Plaintiff's answers to Interrogatories Numbers 3, 6, and 8 are non-responsive. Therefore, pursuant to Fed. R. Civ. P. 37(a), Plaintiff is ordered to serve complete answers to Interrogatories 3, 6 and 8 within fifteen (15) days of the date of this Order;

4.    Plaintiff's responses to Requests for Production Numbers 2, 3, 5, 6, 8 and 9 are incomplete and/or non-responsive. Therefore, pursuant to Fed. R. Civ. P. 37(a),

Plaintiff is ordered to produce the documents requested in Requests for Production 2, 3, 5, 6, 8 and 9 within fifteen (15) days of the date of this Order;

5.      Plaintiff's responses to Requests for Production Numbers 11 and 12 are non-responsive.  A party may request Authorizations for Release of information in discovery under Fed. R. Civ. P. 34.  Plaintiff is ordered to sign the revised Authorizations for Release forwarded to Plaintiff's counsel by counsel for State Farm within fifteen (15) days of the date of this Order;

6.      Plaintiff shall verify that her answers to the interrogatories are true, complete and accurate by signature within fifteen (15) days fo the date of this Order;

7.      Pursuant to Fed. R. Civ. P. 37(a)(4), State Farm is awarded its costs and reasonable attorney's fees.  State Farm shall submit a bill of costs within ten (10) days of the date of this Order.

Dated this 2 4 TH day of _____January_____, 200 7.


_____
United States District Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

2