IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01075-REB-MJW

LEZLI MORELAND,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

**ORDER REGARDING DEFENDANT'S BILL OF COSTS (Docket No. 83)**

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter is before the court on Defendant's Bill of Costs (docket no. 83). The court has reviewed Defendant's Bill of Costs (docket no. 83), the response (docket no. 97), and reply (docket no. 98). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following finding of fact and conclusions of law.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

On January 24, 2007, this court entered an Order granting Defendant's Motion to Compel Discovery Responses from Plaintiff (docket no. 76). In this Order under paragraph 7, this court ordered pursuant to Fed. R. Civ. P. 37(a)(4), that State Farm be awarded its costs and reasonable attorney fees.

The benchmark for an award of attorney's fees under nearly all of the federal

2

statutes authorizing an award of attorney's fees is that the amount of the fees awarded be reasonable.  <u>Pennsylvania v. Delaware Valley Citizens' Council for Clean Air</u>, 478 U.S. 546, 562 (1986).  "The lodestar figure - reasonable hours times reasonable rate - is the mainstay of the calculation of a reasonable fee."  <u>Anderson v. Secretary of Health & Human Servs.</u>, 80 F.3d 1500, 1504 (10th Cir. 1996).

This court finds that the hourly rates charged by Defendant's attorneys are fair and reasonable hourly rates for attorneys practicing law in Denver, Colorado.  In addition, the court finds that the sum of $3,164.00 in attorney's fees and $10.50 in costs are fair, reasonable, and necessary in prosecuting Defendant's Motion to Compel Discovery Responses from Plaintiff.

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Defendant's Bill of Costs (docket no. 83) is **GRANTED**;
2. That Plaintiff shall pay to Defendant the sum of $3,164.00 in attorney's fees and $10.50 in costs on or before March 16, 2007.

Done this 23rd day of February 2007.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge