IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01075-REB-MJW

LEZLI MORELAND,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Stay Order Regarding Defendant's Bill of Costs (docket no. 103) is DENIED. Plaintiff has failed to state any basis in law or fact for such relief.

Date:   March 19, 2007