IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01075-REB-MJW

LEZLI MORELAND,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the ***Defendant's Motion for Leave to Withdraw Its "Motion for Enforcement of This Court's Order of February 23, 2007 Granting Defendant's Bill of Costs, DN 112***", (DN 117, filed on April 4, 2007) is GRANTED. Defendant's Motion for Enforcement of This Court's Order of February 23, 2007 Granting Defendant's Bill of Costs, DN 112, is deemed WITHDRAWN.

    It is FURTHER ORDERED that the Motion Conference set on Friday, April 6, 2007, at 8:00 a.m., is VACATED.

Date:   April 5, 2007