**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01075-REB-MJW

LEZLI MORELAND,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    The matter before the court is the **Stipulation for Dismissal With Prejudice** [#124], filed April 23, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal With Prejudice** [#124], filed April 23, 2007, is **APPROVED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for December 21, 2007, is **VACATED**;

    4.  That the jury trial set to commence January 7, 2008, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated April 23, 2007, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**